IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                    No. 4:16-cv-624-DPM

BAPTIST HEALTH, BAPTIST HEALTH HOSPITALS,
DIAMOND RISK INSURANCE LLC, CONTINENTAL
CASUALTY COMPANY, ADMIRAL INSURANCE
COMPANY, ADMIRAL INDEMNITY COMPANY,
IRONSHORE INDEMNITY INC., and IRONSHORE
SPECIALTY INSURANCE COMPANY                                   DEFENDANTS

ORDER

Unopposed motion to file sur-reply, № 21, granted reluctantly. Sur-reply due by 8 November 2016.

To better manage the case, the Court establishes the following rules for future briefing. No main brief shall exceed twenty pages. No reply brief shall exceed ten pages. No new facts or arguments submitted on reply will be considered by the Court. No sur-replies will be allowed. All briefs must be in 14-point font or larger, with a minimum of substantive footnotes.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 November 2016