# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated             PLAINTIFF

v.                    No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE COMPANY                           DEFENDANTS

## ORDER

1.    Both sides have submitted materials beyond the pleadings. The Baptist Defendants' motion, № 56, is therefore converted into one for summary judgment. FED. R. CIV. P. 12(d).

2.    The Court needs more briefing before it can decide the motion. Whitley may or may not have been injured by a delay in the proposed settlement. The legal premise of Whitley's ADTPA, breach, and tortious interference claims is that the proposed settlement proceeds belonged to him, rather than to Baptist. The validity of that premise depends, it seems to the Court, on whether the hospital had the right to go the lien route instead of the insurance claim route. The

Court has addressed a similar lien under Tennessee law; and that case, *Robinett v. Shelby County Healthcare Corp.*, No. 3:16-cv-188-DPM, is on appeal. *See* Order № 39.

3. Simultaneous supplemental briefs due on 19 January 2018. Any party may present any additional material pertinent to the motion by the same date. FED. R. CIV. P. 12(d).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2018