# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE COMPANY                                   DEFENDANTS

## ORDER

Joint report with embedded request for clarification, № 69, noted. Defendants' reading of the Court's last Order, № 68, is correct. The Court granted their motion to quash the class discovery, but denied the motion as to Whitley and the QualChoice provider agreements related to him. The Court will revisit the discovery issues, if need be, after the briefing on Whitley's standing and claim.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2018