IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated        PLAINTIFF

v.                     No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE COMPANY                       DEFENDANTS

ORDER

The date for the contested document production has passed, № 104 at 2. The parties advised they were working toward a solution, № 108. The motion to quash, № 106, is denied without prejudice. If no agreement is reached, please file a joint report of discovery dispute, № 94 at 3–4, not a motion to compel or quash.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2019