# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated            PLAINTIFF

v.            No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE COMPANY            DEFENDANTS

## ORDER

The Court appreciates the parties' concise joint report of discovery disputes. First, BKD works, and has worked, for the Barber firm on this case. Whitley is therefore not entitled to have the accountants' work audited, or otherwise root around in their work as consulting experts. Second, this case is not about folks who participate in Arkansas's private option. Whitley's requested discovery about provider agreements connected with that Medicaid-related program is too far afield. Last, the Court approves counsel's recent agreement about providing patient contact information for class members—if the Court certifies a class. Joint report, № 111, addressed.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*30 April 2019*