IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED							PLAINTIFF

V.					NO. 4:16-CV-00624-DPM

BAPTIST HEALTH; BAPTIST HEALTH HOSPITALS;
DIAMOND RISK INSURANCE, LLC;
CONTINENTAL CASUALTY COMPANY;
ADMIRAL INSURANCE COMPANY;
ADMIRAL INDEMNITY COMPANY;
IRONSHORE INDEMNITY INC.; AND
IRONSHORE SPECIALTY INSURANCE COMPANY							DEFENDANTS

## SECOND AMENDED AGREED PROTECTIVE ORDER

The original Agreed Protective Order (Doc. 55) and the Amended Agreed Protective Order filed March 15, 2019 (Doc. 102) are incorporated herein by reference as if set out word for word.

The purpose of this second amendment is to add language to the Protective Order to insure it is a qualified HIPAA Order pursuant to 45 C.F.R. §164.512(e), a regulation interpreting HIPAA. In response to written class discovery served by Mr. Whitley, as limited by and subject to the orders of this Court, Baptist Health is directed and ordered to produce the protected health information of class members for the period of 30 July 2011 to 22 January 2020.

With regard to any protected health information disclosed and produced by Baptist Health in this case, the parties are prohibited from using or disclosing the protected health information for any purpose other than this litigation for which such information was requested and provided, and, additionally, any protected health information disclosed shall be returned to Baptist Health or destroyed (including all copies made) at the end of the litigation.

The Court retains jurisdiction to enforce this Order for one year after this case ends, including any appeal. Thereafter, this Order will be solely a matter of contract between the parties and signatories.

IT IS SO ORDERED.

                                      */s/ D.P. Marshall Jr.*
HONORABLE D. P. MARSHALL, JR.
United States District Judge

DATED: 22 January 2020

APPROVED:

CAMPBELL & GROOMS, PLLC
8500 West Markham, Suite 105
Little Rock, AR 72205
(501) 313-4967
By: /s/ Donald K. Campbell, III
Donald K. Campbell, III
ARSC No. 84017
Kendel W. Grooms
ARSC No. 2009128

BAILEY & OLIVER LAW FIRM
3606 Southern Hills Boulevard
Rogers, AR 72758
(479) 202-5200 Phone
(479) 202-5605 Fax
By: /s/ Sach D. Oliver
Sach D. Oliver, AR Bar No. 2006251
Frank H. Bailey, AR Bar No. 74004
T. Ryan Scott, AR Bar No. 2008161
Geoff D. Hamby, AR Bar No. 2015171

HENINGER GARRISON DAVIS LLC
2224 First Avenue North
Birmingham, Alabama 35203
(205) 326-3336 Phone
(205) 326-3332 Fax
By: /s/ Jeffrey P. Leonard
W. Lewis Garrison Jr. (Ala.: ASB-3591-N74W)
Erik S. Heninger (Ala.: ASB-1189-K46H)
Jeffrey P. Leonard (Ala.: ASB-2573-J67L)
    *Attorneys for Plaintiff*

BARBER LAW FIRM PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, AR 72201
(501) 372-6175
By: /s/ Robert L. Henry, III
Robert L. Henry, III, AR Bar No. 72054
James D. Robertson, AR Bar No. 95181
Adam D. Franks, AR Bar No. 2016124
*Attorneys for the Baptist Defendants and Defendant Diamond Risk Insurance LLC*

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
By: /s/ David P. Glover
David P. Glover
David Chan Jung
*Attorneys for Defendant Continental Casualty Company*