IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                                  PLAINTIFF

v.                            No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                                                   DEFENDANTS

ORDER

We'll start the 8 May 2020 hearing at 8:30 a.m. to accommodate full argument on the many pending issues, including those raised by Baptist's recent motions. And the location is moved to Courtroom 1A in Little Rock. Given the calendar and the nature of the motion, no reply is needed on Baptist's alternative motion for subclasses and bifurcation, *Doc. 179*. We have plenty to cover at the May 8th hearing. The Court therefore directs the parties not to file any more new motions before then. Please just complete the briefing on all pending motions. The Court requests that each side come prepared with a thirty-minute global argument that covers all outstanding issues and summarizes where the case should go from here.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 April 2020