IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                             PLAINTIFF

v.                        No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                                               DEFENDANTS

### ORDER

In general, sur-replies are disfavored because the moving party is entitled to the last word. The Court allows one on *Doc. 155* for three reasons: the new material offered on reply; the Court's need for full information on the important audit-related issues; and Whitley's opportunity to be heard again on these points at the upcoming hearing. Unopposed motion, *Doc. 173*, granted. Sur-reply, *Doc. 173-1*, deemed filed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2020