IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFF

v.                              No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                                                      DEFENDANTS

ORDER

The Court held a status conference today with counsel and resolved the claim form issues. Whitley will take the lead on the revised form for review by Baptist. The Court appreciates counsel's collaboration. Whitley will file a copy of the notice sent to the class this summer if it is not already in the record. Any motion by Whitley to take an interlocutory appeal is due by 18 November 2020. Any responding request from Baptist is due by 25 November 2020. The Court will withhold a schedule for the rest of the case until it has addressed that potential issue.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2020