IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated        PLAINTIFF

v.                      No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                           DEFENDANTS

ORDER

The Court appreciates the joint status report, *Doc. 291*, and the confidential settlement correspondence, *Doc. 292*. Here are the Court's Federal Rule of Civil Procedure 62.1 indicative rulings.

The parties have reached an agreement in principle. While some important details were left for resolution in the drafting of a proposed agreement, there's a solid foundational deal. As the joint report makes plain, the parties have recently made good progress on resolving those details and progress is continuing. The Court applauds this collaboration. This Court respectfully suggests to the Court of Appeals that, while retaining jurisdiction, it remand to this Court for the limited purpose of considering whether the parties' imminent motion to approve their settlement passes Federal Rule of Civil Procedure 23

muster. Subject to the parties' views, and acknowledging the Court of Appeals' authority to decide the schedule, this Court believes a ninety-day period should suffice for the Rule 23 review. Assuming this limited remand, this Court hopes the motion to approve could be filed no later than 17 December 2021.

Baptist's motion, *Doc. 282*, would be partly granted and partly denied as specified. Whitley's motion, *Doc. 285*, would be denied because no settlement facilitator is needed, the parties having come back together on their own.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 November 2021