IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                                      DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. This Court, however, reserves and retains jurisdiction until 31 May 2023 to enforce the parties' settlement and to address Baptist's pending request to vacate certain Orders.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022