IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN WHITLEY, Individually and
on Behalf of All Others Similarly Situated                 PLAINTIFF

v.                 No. 4:16-cv-624-DPM

BAPTIST HEALTH; BAPTIST HEALTH
HOSPITALS; DIAMOND RISK
INSURANCE LLC; CONTINENTAL
CASUALTY COMPANY; ADMIRAL
INSURANCE COMPANY; ADMIRAL
INDEMNITY COMPANY; IRONSHORE
INDEMNITY, INC.; and IRONSHORE
SPECIALTY INSURANCE CO.                         DEFENDANTS

## ORDER

In clearing through some papers, the Court uncovered Baptist's long-pending request to vacate certain Orders in the wake of the parties' settlement. This motion was embedded in Baptist's fairness hearing brief. The Court regrets that it misplaced this request for action. And the Court, alas, cannot address this issue now: its jurisdiction to do so expired in May 2023. *Doc. 327.* The embedded request, *Doc. 320 at 13-16*, is therefore denied without prejudice for lack of jurisdiction.

So Ordered.

*[signature: W P Marshall Jr.]*
D.P. Marshall Jr.
United States District Judge

31 January 2024